AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

RECEIVED

JUL - 1 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_Lorie Parks_

Plaintiff

V.

_Acme Markets_

Defendant(s)

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER:  0 5 -  4 6 0

I, _Lorie Parks_ declare that I am the (check appropriate box)

☐ Petitioner/Plaintiff/Movant        ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.   Are you currently incarcerated?        ☐ Yes    ☒ No    (If "No" go to Question 2)

     If "YES" state the place of your incarceration _____

     **Inmate Identification Number (Required):** _____

     Are you employed at the institution? _____ Do you receive any payment from the institution? _____

     _Attach a ledger sheet from the institution of your incarceration showing at least the past **six months'** transactions_

2.   Are you currently employed?    ☒ Yes        ☐ No

     a.   If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer. about 475. gross   Super G 200 Dove Run Middletown, De. 19709

     b.   If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.   In the past 12 twelve months have you received any money from any of the following sources?

     | | | Yes | No |
     |---|---|---|---|
     | a. | Business, profession or other self-employment | ☐ | ☒ |
     | b. | Rent payments, interest or dividends | ☐ | ☒ |
     | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
     | d. | Disability or workers compensation payments | ☐ | ☒ |
     | e. | Gifts or inheritances | ☐ | ☒ |
     | f. | Any other sources | ☐ | ☒ |

     If the answer to any of the above is "YES" describe each source of money and state the amount received _AND_ what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.  Do you have any cash or <u>checking</u> or savings accounts?        ☑ Yes        ☐ No

If "Yes" state the total amount $  300.⁰⁰

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

☑ Yes        ☐ No

If "Yes" describe the property and state its value.

Single home   110,000.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

Brandi Parks     mother
Ashley Parks     mother

I declare under penalty of perjury that the above information is true and correct.

6/30/05
DATE                              SIGNATURE OF APPLICANT

**NOTE TO PRISONER:  A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**