Exhibit A

05- 460

I disagree with my termination for a violation of time card policy. I did not have a time card violation, I was late from a break. I have not stolen time from Acme, I have given many breaks up, not to be noble, and not because I didn't want to take them, but because it was in the best interest of the store. There are many times when it is too busy and there's not enough help. I took pride in knowing that I was helping keep our customers satisfied and taking care of the employees needs. One example is Friday's. I usually work 8-2 as CSM. My break (which isn't a break) consist of me going upstairs, making any last minute adjustments to the schedule, running it off, and posting it. Then its back up front to make sure my breaks and lunches are still running on time. I loved being at work and took pride in giving more than 100%. My family is in the process of building a new house, which had already started. We have been able to do this because of Acme and the

fact that I have been a honest, loyal and hard working employee not by cheating or cutting corners or being lazy. When I came to work on June 16, 2004, I saw Kim before I went upstairs to start working on the schedule. She told me Katrina had her baby and did I want to go later to the hospital and take flowers with her. I knew she was P.I.C. so I trusted her authority that it was ok. I think we got caught up in the excitment of Katrina having the baby and the fact that we probably would not see her again because she moved. Nobody set out to hurt Acme's image, in fact I thought we were doing something that should have made Acme look good.

I was involved in an incident that I didn't remember until it was shown to me where an employee (Lamar Reeves) was 1½ hours late from his break. (without from a co-worker) I was taken in the back with him as a witness. He was written up and given a 1 day suspension for being 1½ late from his break. Another

case in our store was a bagger (John Kalocia) who became missing in action for ½ hour that we know of. He was found sleeping in his car. He was written up and told not to let this happen again.

I worked at the Fox Run Acme when Dave Rizzdlo was caught charging his hours on his time card. He was suspended and then transferred to another store but he got to keep his job. This feels like sexual discrimination. These men committed violations which could have led to termination, yet they still have their jobs. Yet three women set out to do something good and because you can, you want to terminate us, even though we have excellent records and have always tried to do whats in the best interest of the company.

Also if I was so willfully wrong towards the company than why were we not suspended after Tony talked to me last on Wed. July 7th. Why did they wait until the end of the day on Thursday (when the schedule was done & I was done with my checking class 5th day) to

suspend us. Why did they ask me to stay after the other two girls left, and then ask me if I would work on Friday, finish my checking class and then I could start my vacation that was already planned and then I could start my suspension. If I had stolen something off the shelf, the company would not have asked me to come back and finish my class they would have just sent me on my way then + there. I feel very violated that the company is terminating me on a technacallity that I do not feel I committed. I have read the time clock policy and I see nothing about being late for a break.