Exhibit B

05 - 460

Alfred Harris
Enforcement Manager
Equal Employment Opportunity Commission
Philadelphia District Office
21 S. Fifth Street, Suite 400
Philadelphia, PA  19106-2515

        RE:  Lorie A. Parks v. Acme Markets, Inc.
            EEOC Charge No. 17C-2005-00118

Dear Mr. Harris:

    This is in response to Acme's letter. Acme still says I committed a time clock violation. I still disagree with this. I did not have a physical time clock violation. I did not try to change my time. I left the store with the person in charge. A person the company had given the authority to. We took flowers to the co-manager of the store, who was in the hospital at the time.

    On July 6 when Mr. Paternoster came to me, he only asked for a written explanation as to what had happened. He says I offered no explanation, but I gave him my statement.  He made everything seem like it was just a formality. The next day when he came in to suspend us, they asked me if I would come back to work the next day and finish the checking class I was conducting. I could then start my vacation that was already planned, and then start my suspension. If they knew they were going to fire me, why did they ask me to come back to work the following day? If someone were stealing, they would not ask him or her to come back and finish anything.

    Acme states that they are always consistent and that they have 23 documented cases. I do not know of these. My lawyer subpoenaed Acme for theses records, and Acme did not give them to him. During our arbitration on Feb.10, two more cases were brought out. Mr. Moyer signed off on two cases involving men that he did not terminate for time clock violations. Again, Acme has these records. Acme's time clock policy also states for number three that severe disciplinary action can be taken

up to and including discharge for the first offense. They did not have to terminate if they did not want to. I had an excellent record and was a very dedicated employee. They say that the case at the Bear, DE store was different and that they gave him a last chance and a final warning, but he still committed a time clock violation, and Acme says they are always consistent and fair.

I still feel that I have been discriminated against. Acme has not shown me that I am wrong.

They have caused unbelievable pain and suffering to me and my family and all for trying to do something nice. I did not believe that I was doing anything wrong because I was with the person the company had provided the authority to. I please ask that you continue forward with this investigation. Acme has not been consistent or fair.

I am now working for Super G at 200 Dove Run, Middletown, DE 19709. I make $10.85 an hour. This is $5.05 less then I would be making at Acme. I have received unemployment. Unemployment found that I had been terminated without just cause (see enclosed), to date I have received about $

In response to relief, I would ask that something reasonable that helps make up the difference that I am losing every day I work. Again I ask that you move forward with this investigation. If you need anymore information please let me know.


Sincerely,



Lorie Parks
(302)653-1761