# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974

**Delaware Department of Labor**

ENTER CHARGE NUMBER
05 - 460
☐ FEPA  04120864X
☐ EEOC  17CA500118

and **EEOC** (if applicable)

| | |
|---|---|
| **NAME** (Indicate Mr., Mrs., Ms) Lorie A. Parks | **HOME TELEPHONE NO.** (Include Area Code) 302-653-1761 |
| **STREET ADDRESS** 282 Tracer Dr. | **CITY, STATE AND ZIP CODE** Clayton DE 19938   **COUNTY** Kent |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one, list below.)

| NAME Acme Markets | NO. OF EMPLOYEES OR MEMBERS +100 | TELEPHONE NUMBER (Incl. Area Code) |
|---|---|---|
| **STREET ADDRESS** 4720 Limestone Rd. | **CITY, STATE AND ZIP CODE** Wilmington, DE 19808 | |

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN ☐ AGE
☐ RETALIATION ☐ DISABILITY ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST 7/8/2004
LATEST 7/8/2004
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s)):

Jurisdiction: The Charging Party was employed by the Respondent in the State of Delaware.

Charging Party's protected class: Gender (female)

Adverse employment action: Termination

Brief statement of allegations: Myself along with two other females were terminated for a violation of company policy. However, male coworkers who comitted the same offense were given lighter disciplinary action from the Respondent.

Respondent's explanation: I was told I was terminated for a time clock violation.

Applicable law(s): Title VII of the Civil Rights Act of 1964 as amended.

Comparator(s) or other specific reason(s) for alleging discrimination: The Respondent gave less severe discipline to my male counterparts, Lamar Reeves, John Kabachi (sp.) and Dave Ridzidlol (sp.) after they also were accused of time clock violations.

Additional information and verification of these facts are provided by the attached Affidavit.

☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SIGNATURE OF COMPLAINANT
*Lorie Parks*   12/7/04

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

DDOL FORM B-05
REV 11/04

PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED