Exhibit D

05- 460

## DATA FORM - CONFIDENTIAL

| Charge #: | Date: 12/7/04 |

### Charging Party Information

| Name: | Lorie A. Parks | | |
|---|---|---|---|
| Street: | 282 Tracer Dr. | City: | Clayton |
| County: | Kent   State: DE | Zip: | 19938 |
| Tel (H): | 302-653-1761 | Tel (W): | 302-828-9180 |
| DOB: | 8/21/1970   Sex: Female | Race: | White |
| Nat'l Origin: | U.S. | SSN: | 222661069 |

### Contact Person

Name: Gerri Rudinoff
Tel (H): 302-999-1424          Tel (W):
Address: 1003 Wagner Dr. Wilmington, DE 19805

### Employment Information

Date of Hire: 9/28/88
Date of Termination: 7/8/04
Date of Alleged Violation: 6/16/04
Relief Sought: Other Damages
Check One: ☒ working   ☐ not working   ☐ sought employment at

### Respondent Information

Name: Acme Markets
Address: 4720 Limestone Rd. Wilmington, DE 19808
Type of Business: Grocery Store
Size of Business: +100

### Basic Charge Data

| Receiving Office: 17C | Intake Unit: 1 |
|---|---|
| Accountable Office: 17C | Intake Officer: TJS |
| Initial Inquiry: 10/13/04 | Respondent Type: E |
| Received this Office: 12/7/04 | County: 003 |
| Source of Complaint: A | SMSA: 9160 |
| Federal Referral Transfer: | SIC: 541 |
| Alleged Basis: GF | Federal Agency: |
| | Alleged Issues: D2 |