Exhibit E

# VERIFICATION
Pursuant to Title 19 Del. C. § 712(c)(1)

State of Delaware            )
                             )   ss:
New Castle County            )

I, Lorie Parks, swear or affirm that I have read the Charge of Discrimination and that it is true to the best of my knowledge, information and belief.

I further agree to advise the agencies involved if I change my address or telephone number, and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

In addition to the facts set forth in the Charge of Discrimination, I hereby aver the following: (optional; do not include witness information)

*I had a spotless record. In almost 16 years of employment with Acme, I never had any violations.*

_____
Lorie Parks
Charging Party's Verification Signature

SWORN TO AND SUBSCRIBED before me this 7th day of Dec., 2004.

_____
Notary Public/Attorney at Law

JAMES P. RYAN JR.
Notary Public, State of Delaware
My Commission Expires Oct. 17 2007