IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **LORIE PARKS** | : | |
| | : | |
| v. | : | No. 05-460(KAJ) |
| | : | |
| **ACME MARKETS, INC.** | : | |

### CERTIFICATE OF SERVICE

I, Mark R. Owens, hereby certify that on this 11th day of November, 2005, I caused to be served two true and correct copies of the Answer and Affirmative Defenses of Defendant, Acme Markets, Inc. by first class mail, upon the following:

Lorie Parks
282 Tracer Drive
Clayton, DE  10038

_/s/ Mark R. Owens_
Mark R. Owens
KLETT ROONEY LIEBER & SCHORLING,
A Professional Corporation
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801
Telephone:  (302) 552-4200
Facsimile:  (302) 552-4295

KRLSPHL: #251378 v1 - Acme Parks Answer to Complaint