# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

November 14, 2005

Ms. Lorie Parks
282 Tracer Drive
Clayton, DE   10038

Mark R. Owens, Esq.
Klett Rooney Lieber & Schorling
1000 West Street - Ste. 1410
Wilmington, DE   19801

Re:   Lorie Parks v. Acme Markets, Inc.
      Civil Action No. 05-460-KAJ

Dear Ms. Parks and Counsel:

I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order. Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:   Clerk of the Court