IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LORIE PARKS                                    :
                                               :
        v.                                     :        No. 05-460(KAJ)
                                               :
ACME MARKETS, INC.                             :

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 of the United States District Court for the District of Delaware and the attached certification, counsel moves the admission pro hac vice of Brian A. Casal to represent Acme Markets, Inc.

_Mark R. Owens_

Mark R. Owens (DE No. 4364)
KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation
1000 West Street, Suite 1410
Wilmington, DE 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295

Counsel to Acme Markets, Inc.

Date: November 22, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____, 2005

_____
United States District Court Judge

KRLSWLM: 63930

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5 of the United States District Court for the District of Delaware, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the Commonwealth of Pennsylvania and State of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Brian A. Casal, Esquire
KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation
Two Logan Square, 12th Floor
Philadelphia, PA 19103
Telephone: (215) 567-7500
Facsimile: (215) 567-2737

Counsel to Acme Markets, Inc.

Date: November 22, 2005