IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LORIE PARKS | : | |
| | : | |
| v. | : | No. 05-460(KAJ) |
| | : | |
| ACME MARKETS, INC. | : | |

## CERTIFICATE OF SERVICE

I, Mark R. Owens, hereby certify that on the 22nd day of November, 2005, I caused to be served two true and correct copies of the (i) Motion and Order for Admission Pro Hac Vice of Elizabeth A. Malloy and (ii) Motion and Order for Admission Pro Hac Vice of Brian A. Casal by first class mail, upon the following:

Lorie Parks
282 Tracer Drive
Clayton, DE  10038

Date: November 23, 2005

Mark R. Owens
KLETT ROONEY LIEBER & SCHORLING,
A Professional Corporation
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801
Telephone:  (302) 552-4200
Facsimile:  (302) 552-4295