# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

TWO LOGAN SQUARE, 12TH FLOOR
PHILADELPHIA, PENNSYLVANIA 19103-2756
Telephone: (215) 567-7500

Brian A. Casal
(215) 567-7105

FACSIMILE:  (215) 567-2737
E-MAIL: bacasal@klettrooney.com

December 13, 2005

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
Lockbox 10
844 King Street
U.S. Courthouse
Wilmington, Delaware 19801

> Re: Lorie Parks v. ACME Markets, Inc.
> Civil Action No. 05-460-KAJ

Dear Judge Jordan:

The parties having conferred, I respectfully submit the attached Proposed Scheduling Order in anticipation of the Court's Rule 16 scheduling conference.

Very truly yours,

Brian A. Casal

BAC/
Attachment
cc: Lorie Parks (Via Federal Express Priority Overnight)