# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

TWO LOGAN SQUARE, 12TH FLOOR
PHILADELPHIA, PENNSYLVANIA 19103-2756
Telephone: (215) 567-7500

Brian A. Casal
(215) 567-7105

FACSIMILE: (215) 567-2737
E-MAIL: bacasal@klettrooney.com

December 14, 2005

VIA ELECTRONIC FILING

The Honorable Kent A. Jordan
Lockbox 10
844 King Street
U.S. Courthouse
Wilmington, Delaware 19801

   Re: Lorie Parks v. ACME Markets, Inc.
     Civil Action No. 05-460-KAJ

Dear Judge Jordan:

  Per the Court's direction, I respectfully submit the attached Scheduling Order agreed upon by the parties this day.

            Very truly yours,

            Brian A. Casal

BAC/
Attachment
cc: Lorie Parks (Via U.S. Mail)

PENNSYLVANIA    DELAWARE    NEW JERSEY    WASHINGTON, D.C.