IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LORIE PARKS | : | |
| | : | |
| v. | : | No. 05-460(KAJ) |
| | : | |
| ACME MARKETS, INC. | : | |

## SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Mark R. Owens hereby withdraws his appearance as counsel for Defendant Acme Markets, Inc. and Jennifer Becnel-Guzzo hereby enters her appearance as counsel for Defendant.

Date: January 6, 2006

**KLETT ROONEY LIEBER & SCHORLING**
A Professional Corporation

_/s/ Mark R. Owens_
Mark R. Owens (4364)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295

**KLETT ROONEY LIEBER & SCHORLING**
A Professional Corporation

_/s/ Jennifer Becnel-Guzzo_
Jennifer Becnel-Guzzo (4492)
1000 West Street, Suite 1410
Wilmington, DE 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
E-mail: guzzo@klettrooney.com

Attorney for Defendant

KRLSWLM: 64410