IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LORIE PARKS | : | |
| | : | |
| v. | : | No. 05-460(KAJ) |
| | : | |
| ACME MARKETS, INC. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2006, I electronically filed a Notice of Substitution of Counsel with the Clerk of Court using CM/ECF which will send notification of such filing to registered participants.

Dated: January 9, 2006

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

*/s/ Jennifer Becnel-Guzzo*
Jennifer Becnel-Guzzo (4492)
1000 West Street, Suite 1410
Wilmington, DE 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
E-mail: guzzo@klettrooney.com

Attorney for Defendant

KRLSWLM: 64412                    2