IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LORIE PARKS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACME MARKETS, INC., )<br>)<br>)<br>Defendant. ) | C.A. No. 05-460 KAJ |

**NOTICE OF SERVICE**

I, Jennifer M. Becnel-Guzzo, Esquire, hereby certify that on January 12, 2006, **Defendant Acme Markets, Inc.'s Initial Disclosures** were served via first-class mail by the office of Brian A. Casal, Esquire, upon the following:

> Lorie Parks
> 282 Tracer Drive
> Clayton, Delaware 19038

KLETT ROONEY LIEBER & SCHORLING

BY: _/s/ Jennifer M. Becnel-Guzzo_

| | |
|---|---|
| Elizabeth A. Malloy (*admitted pro hac*)<br>Brian A. Casal (*admitted pro hac*)<br>Klett Rooney Lieber & Schorling<br>Two Logan Square, 12th Floor<br>Philadelphia, PA 19103 | Jennifer M. Becnel-Guzzo (#4492)<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801<br>(302) 552-4200<br>Jbecnel-guzzo@klettrooney.com<br>*Attorneys for Defendant* |

January 17, 2006

WLM#64589