1

## CERTIFICATE OF SERVICE



As of this day Jan.30 2006, I Lorie Parks would like to withdrawl my complaint against Acme Markets case no.05-460(KAJ). I am sending notification to registered participants.

Lorie Parks

*Lorie Parks*

282 Tracer dr
Clayton,De 19938



