# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

THE BRANDYWINE BUILDING
1000 WEST STREET, SUITE 1410
WILMINGTON, DELAWARE 19801-1397
Telephone: (302) 552-4200

Jennifer M. Becnel-Guzzo
(302) 552-4208

FACSIMILE: (302) 552-4295
E-MAIL: jbecnel-guzzo@klettrooney.com

February 1, 2006

VIA CM/ECF

The Honorable Kent A. Jordan
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

    Re:   *Parks v. Acme Markets, Inc.*
           Case No. 05-460 (KAJ)

Your Honor:

    We represent Defendant Acme Markets, Inc. in the above referenced matter and are in receipt of Plaintiff Lorie Parks' request to voluntarily dismiss the Complaint (D.I. 21). Acme Markets does not object to Plaintiff's request to dismiss the Complaint and agrees that the instant matter should be dismissed with prejudice.

    I am available at the Court's convenience should Your Honor have any questions.

                              Respectfully,

                              Jennifer M. Becnel-Guzzo
                            For KLETT ROONEY LIEBER & SCHORLING
                            A PROFESSIONAL CORPORATION

cc:    Ms. Lorie Parks (via U.S. Mail)
       Brian Casal, Esquire