IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LORIE PARKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-460-KAJ |
| ) | |
| ACME MARKETS, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington, this 1st day of February, 2006,

WHEREAS, plaintiff filed a notice of voluntary dismissal (D.I. 21),

WHEREAS, defendant does not oppose the dismissal (D.I. 22), therefore

IT IS ORDERED that the action is dismissed with prejudice.

_/s/ Kent Jordan_
UNITED STATES DISTRICT JUDGE